FRIEDLANDER BROTHERS *v.* RICE-STIX DRY GOODS COMPANY.

HILL, J. This case is before the Supreme Court on certiorari to the Court of Appeals. Upon a review of the decision of that court we are of the opinion that the judgment should be affirmed.

*Judgment affirmed. All the Justices concur.*

No. 3842. MAY 14, 1924.

Certiorari; from Court of Appeals. 30 *Ga. App.* 312.

*Humphreys & DeLoache,* for plaintiffs in error.

*J. U. Merritt,* contra.